JAMES M. DONLEY, Respondent, *v.* WILLIAM GRAHAM, Appellant.

No appeal lies to this court from an order denying a motion for a new trial on the ground of surprise or newly discovered evidence. The question is one of discretion with the court below.

(Argued May 17, 1871; decided September term, 1871.)

APPEAL from judgment of the General Term of the Supreme Court in the sixth district, affirming a judgment for plaintiff on verdict, and affirming order denying motion for new trial on the evidence and on account of newly discovered evidence.

The only errors alleged were, the verdict was against the weight of evidence, and that the motion for new trial was improperly denied. *Held,* that an appeal cannot be entertained in this court upon either of these grounds.

*G. L. Sessions* for the appellant.

*L. Seymour* for the respondent.

LEONARD, C., reads for affirmance.
All concur.
Judgment affirmed, with costs.